DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL KULJIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3009

[June 23, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel Arthur Casey, Judge; L.T. Case No. 08-019897-CF-10A.

Daniel Tibbitt of Daniel J. Tibbitt P.A., North Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***